# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN CARRIGAN and KHARI WHEELER, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE LLC, <br><br> Defendant. | Case No. 2:22-cv-03780-MCA-AME <br><br> Honorable Madeline Cox Arleo <br><br> Honorable André M. Espinosa |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All parties to this action stipulate to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41.1. The claims of Plaintiffs are dismissed with prejudice. The claims of putative class members are dismissed without prejudice. Each side shall bear their own fees and costs (except as otherwise agreed by the parties).

| | |
|---|---|
| Dated:  September 18, 2024 | Respectfully submitted, |
| /s/Courtney E. Maccarone<br>Courtney E. Maccarone<br>Mark S. Reich (*pro hac vice* to be filed)<br>LEVI & KORSINSKY, LLP<br>55 Broadway, 10th Floor<br>New York, NY 10006<br>Phone: 212-363-7500<br>cmaccarone@zlk.com<br>mreich@zlk.com | /s/ Edward J. Fanning, Jr.<br>Edward J. Fanning, Jr.<br>Ryan M. Savercool<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>Telephone: (973) 639-7927<br>Facsimile: (973) 297-3868<br>Email: efanning@mccarter.com<br>          rsavercool@mccarter.com |
| Gary M. Klinger (*pro hac vice*)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Phone: (866) 252-0878<br>Email: gklinger@milberg.com | |
| Vicki J. Maniatis<br>Nick Suciu III (*pro hac vice*)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Phone: (516) 640-3913<br>vmaniatis@milberg.com<br>nsuciu@milberg.com | /s/ Andrew Soukup<br>Andrew Soukup<br>Laura Flahive Wu<br>Stephen Petkis<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-5066<br>Facsimile: (202) 778-5066<br>Email: asoukup@cov.com<br>          lflahivewu@cov.com<br>          spetkis@cov.com |
| *Attorneys for Carrigan Plaintiffs* | *Attorneys for Defendant Bayer Healthcare LLC* |

SO ORDERED

　　*s/Madeline Cox Arleo*　　
MADELINE COX ARLEO, U.S.D.J.

Date:  9/19/24